THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MULLINS, Alias JOHN ROGERS, Appellant, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.